UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:23-cv-00496-SCB-MRM

KEVIN DERR,

    Plaintiff,

v.

THE UNIVERSITY OF TAMPA,

    Defendant.

_____/

## **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii), Federal Rule of Civil Procedure, Plaintiff, **KEVIN DERR**, and Defendant, **THE UNIVERSITY OF TAMPA**, by and through their undersigned counsel, hereby submit this Joint Stipulation of Dismissal with Prejudice in the above captioned action.  The parties hereby stipulate to the dismissal of this action, with prejudice, pursuant to the terms of the parties' Settlement Agreement.

Dated this 12th day of October 2023.

*(Remainder of page left intentionally blank)*

1

4892-5551-7062, v. 1

2

| | |
|---|---|
| */s/ Noah E. Storch*<br>Noah E. Storch, Esq.<br>Florida Bar No. 0085476<br>RICHARD CELLER LEGAL, P.A.<br>10368 W. State Road 84, Suite 103<br>Davie, FL 33324<br>Telephone: (866) 344-9243<br>Facsimile: (954) 337-2771<br>E-Mail: noah@floridaovertimelawyer.com<br><br>*Counsel for Plaintiff* | */s/ Samantha Giudici Berdecia*<br>Mark G. Alexander<br>Florida Bar No. 434078<br>E-mail: mark.alexander@adblegal.com<br>ALEXANDER DEGANCE BARNETT, P.A.<br>Samantha Giudici Berdecia<br>Florida Bar No. 0058667<br>E-mail: samantha.giudici@adblegal.com<br>E-mail: mailbox@adblegal.com<br>1500 Riverside Avenue<br>Jacksonville, FL 32204<br>(904) 345-3277 Telephone<br>(904) 345-3294 Facsimile<br><br>*Counsel for Defendant* |

4892-5551-7062, v. 1